AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOE HAND PROMOTIONS, INC.**,

      **Plaintiff,**

vs.

**RPM MANAGEMENT COMPANY LLC, d/b/a OZONE SPORTS BAR, AND MARK LOKAR, INDIVIDUALLY, AND d/b/a OZONE SPORTS BAR,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-09-862
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. PRESTON DEAVERS

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed March 18, 2011 JUDGMENT is hereby entered DISMISSING this case.**

Date: March 18, 2011

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk